# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **CHARLES LEVY JONES** | : | |
| | : | CASE NO. A14-63860-CRM |
| **DEBTOR** | : | JUDGE MULLINS |

## NOTICE RESCHEDULING CONFIRMATION HEARING

Notice is hereby given that the **Confirmation Hearing** in the above-referenced Chapter 13 case has been rescheduled and shall take place:

AT:    Richard B. Russell Federal Building
       75 Spring Street, S.W.
       Courtroom – 1203
       Atlanta, GA  30303

ON:    **December 2, 2014**
AT:    **1:30 p.m.**

                                            Respectfully submitted,


                                            __/s/_____
                                            Julie M. Anania,
                                            Attorney for Chapter 13 Trustee
                                            GA Bar Number 477064
                                            Suite 120
                                            303 Peachtree Center Avenue
                                            Atlanta, GA  30303
                                            (678) 992-1201

*/sh*

Nancy J. Whaley
Standing Chapter 13 Trustee
SunTrust Garden Plaza, Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303
(678) 992-1201

## CERTIFICATE OF SERVICE

Case Number **A14-63860-CRM**

This is to certify that I have this day served:

Debtor:
Charles Levy Jones
8168 Mahogany Lane
Lithonia, GA 30058

Attorney for Debtor:
Walden, Goodhart, Harden & New, LLC
315 W. Ponce De Leon Ave.
Suite 757
Decatur, GA 30030

*(ALL CREDITORS LISTED ON MAILING MATRIX)*

in the foregoing matter with a copy of this Notice of Rescheduling depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon.

THIS THE 29th day of October, 2014

/s/ _____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar Number 477064
Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303
(678) 992-1201

Nancy J. Whaley
Standing Chapter 13 Trustee
SunTrust Garden Plaza, Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303
(678) 992-1201

```
Label Matrix for local noticing      Blaine Shields                      Comnwlth Fin
113E-1                               11201 Fairington Road               245 Main Street
Case 14-63860-crm                    Lithonia, GA 30058                  Scranton, PA 18519-1641
Northern District of Georgia
Atlanta
Wed Oct 29 11:59:38 EDT 2014

Credit Collections Svc               DeKalb Child Support                Department of Driver Services
Po Box 773                           2910 Miller Road                    2206 Eastview Parkway NE
Needham, MA 02494-0918               Suite 100                           Conyers, GA 30013-5755
                                     Decatur, GA 30035-4264


Department of Driver Services        Dept. of Justice, Tax Division      Division of Child Support Services
445 Capitol Ave SE                   Civil Trial Section, Southern       (Blaine Shields)
Atlanta, GA 30312                    PO Box 14198; Ben Franklin Sta      Division of Child Support Services
                                     Washington, DC 20044-4198           2910 Miller Road, Suite 100
                                                                         Decatur, Georgia 30035-4264


First Premier Bank                   (p)GEORGIA DEPARTMENT OF REVENUE    Internal Revenue Service
3820 N Louise Ave                    COMPLIANCE DIVISION                 401 W Peachtree St NW
Sioux Falls, SD 57107-0145           ARCS BANKRUPTCY                     Stop 334-D
                                     1800 CENTURY BLVD NE SUITE 9100     Atlanta, GA 30308
                                     ATLANTA GA 30345-3202


Internal Revenue Service             North Amercn                        Office of the Attorney General
PO Box 7346                          Po Box 8005                         40 Capitol Square, SW
Philadelphia, PA 19101-7346          Cleveland, TN 37320-8005            Atlanta, GA 30334-9057


Quantum3 Group LLC as agent for      Special Assistant US Attorney       Stanisccontr
Crown Asset Management LLC           401 W. Peachtree Street, NW         914 14th St
PO Box 788                           STOP 1000-D, Suite 600              Modesto, CA 95354-1011
Kirkland, WA  98083-0788             Atlanta, GA 30308


United States Attorney's Off.        Carson R. Walden                    Charles Levy Jones
75 Spring Street, SW                 Walden, Goodhart, Harden & New      8168 Mahogany Lane
Suite 600 US Courthouse              Suite 757                           Lithonia, GA 30058-5092
Atlanta, GA 30303-3315               315 W. Ponce de Leon Avenue
                                     Decatur, GA 30030-2497


Nancy J. Whaley
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303-1286
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue        End of Label Matrix
Bankruptcy Unit                      Mailable recipients    21
1800 Century Blvd, Suite 17200       Bypassed recipients     0
Atlanta, GA 30321                    Total                  21
```